PROB 12C
(7/93)

Report Date: March 15, 2011

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erasmo Martinez-Jimenez    Case Number: 2:08CR00080-001

Address of Offender: Chelan County Regional Justice Center

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 9/4/2008

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 6 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 1/6/2009 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: 1/13/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Erasmo Martinez-Jimenez violated conditions of his supervised release by being arrested on or about February 26, 2011, in Wenatchee, Washington. According to incident report #11C01738 filed with the Chelan County Sheriff's Office, Mr. Martinez-Jimenez was arrested for assault fourth degree, domestic violence, on February 26, 2011. During the arrest, the suspect was identified as Antonio Nunez-Barrios (aka Erasmo Martinez-Jimenez).

2    **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The offender was released from the Bureau of Prisons' custody on or about January 6, 2009, and turned over to the Bureau of Immigration Customs and Enforcement for deportation processing. Mr. Martinez-Jimenez was deported from San

Prob12C
**Re: Martinez-Jimenez, Erasmo**
**March 15, 2011**
**Page 2**

Ysidro, California, on January 14, 2009. The offender was arrested for assault 4th degree - domestic violence in Wenatchee, Washington, in the United States, on or about February 26, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ x ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer
3/16/11

Date